# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **GEORGE BYRD, on behalf of Himself and others similarly situated,** | : : | |
| Plaintiffs, | : | Case No. 2:23-cv-1603 |
| | : | Judge Sarah D. Morrison |
| v. | : | |
| **PREMIUM GUARD, INC.,** | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on the Joint Motion for Approval of Collective Action Settlement and Dismissal with Prejudice. (ECF No. 26.)

The Court has reviewed the proposed settlement agreement and finds that it is fair, reasonable, and an adequate resolution of a bona fide legal dispute between the parties. The Court has also reviewed the proposed Notice of Settlement and find the Notice to be adequate.

Accordingly, the Joint Motion is **APPROVED**, and Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

The Court retains jurisdiction over the action to enforce the terms of the settlement, including the administration of the settlement, the addition of Eligible Settlement Participants, and the distribution process.

**IT IS SO ORDERED**.

/s Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT COURT**