AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| George Byrd et al., <br> *Plaintiff* <br> v. <br> Premium Guard Inc. et al., <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:23-cv-1603 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   pursuant to the Order signed by Judge Sarah D. Morrison.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Sarah D. Morrison   on a motion for _____ .

Date:   07/24/2024

CLERK OF COURT

s/Maria Rossi Cook

*Signature of Clerk or Deputy Clerk*